UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
**In re:**                                         Case No. 1-20-40911

    CORNELIUS STEPHENS                Chapter: 13

            **Debtor(s)**
-----------------------------------------------------------x

**APPLICATION IN SUPPORT OF
ORDER TO SHOW CAUSE**

[RECEIVED 2020 MAR 10 A 11:59 — CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK]

To the Hon. Carla E. Craig          , Bankruptcy Judge;

I    Cornelius Stephens    , Movant herein, make this application in support of my Order to Show Cause to seek entry of an Order to:

Relieve Debtor of the requirement that he comply with 11 USC secs.362(b)(22) and 362(j), and any rents or arreas paid thereunder be applied as payment under Chapter 13 plan.

In support of the relief requested, I hereby allege as follows:

First, Debtor should be granted relief on the grounds eviction proceeding resulting in judgement of possession were stayed and dismissed by Order of the Superior Court of New Jersey, Salem County, dated February 14, 2020.

Second, Judgment of Possession was obtained in breach of a Stiplation Agreement entered into between Debtor and CastleRock 2017 LLC. The language of the Stipulation Agreement indicates that where Debtor is in default of the said agreement, the "...Landlord, with notice to the tenant, may file certification..." to obtain a warrant of removal. No such notice was given. Moreover, notice is mandated under N.J. Court Rule 6:6-6(d).

WHEREFORE, Movant prays for the entry of an Order to Show Cause granting the relief requested.

Dated: March 7, 2020                    By:  _____[signature]_____
                                              *(Signature of movant)*

                           *Type or Print Name:* Cornelius Stephens

                           *Address:* 33 Main Street

                                   Pennsville, NJ  08070

              *Telephone Number:* (856)275-4731

CS Bankruptcy 2020 @gmail.com

RETURN DATE: _____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

**In re:**   Case No. 1-20-40911

    CORNELIUS STEPHENS   Chapter: 13

**Debtor(s)**
-------------------------------------------------------x

## ORDER TO SHOW CAUSE

    Upon the annexed application of Movant, ____Cornelius Stephens____ seeking entry of an Order to _____

_____

_____, it is

    **ORDERED** that CastleRock 2017 LLC _____ show cause at _____ o'clock on the date of _____ or as soon thereafter as Movant may be heard before the Honorable Carla E. Craig   Bankruptcy Judge in Courtroom __3529__ at United States Bankruptcy Court located at 271 Cadman Pl., East. Brooklyn, New York 11201, why this Court should not enter an Order to _____

_____.

    **ORDERED** that service of this Order to Show Cause together with the application be served on or before the end of the business day on _____, upon

_____

_____, and upon the Trustee at _____ and United States Trustee.

    **ORDERED** that objections, if any, to the relief requested shall be made in writing, shall set forth with particularity, the grounds for such objection and shall be filed with the Clerk of the Court along with an extra copy marked "Chambers Copy," Trustee, United States Trustee, and the Movant on or before _____; and it is further

    **ORDERED** that the hearing scheduled herein may be adjourned by the Court, from time to time, without further notice other than announcement of the adjourned hearing date in open court.

Dated: Brooklyn, New York
       March 7, 2020

                                                                          United States Bankruptcy Judge