UNITED STATES BANKRUPTCY CO...
DISTRICT OF NEW JERSEY

**Order Filed on April 22, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In Re:<br><br>Cornelius Stephens,<br>　　　　　　　Debtor. | Case No.:　　　20-14850-ABA<br><br>Chapter:　　　13<br><br>Hearing Date:　　April 20, 2020<br><br>Judge:　　　Andrew B. Altenburg, Jr. |

### ORDER DENYING MOTION TO DISMISS CASE

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: April 22, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re Cornelius Stephens*
*Case No.: 20-14850-ABA*
*Order Denying Motion to Dismiss Case*
Page  2

---

**THIS MATTER** having come before the court by Michael Macco, a Chapter 13 Trustee in the Eastern District of New York, through a Motion to Dismiss Case with Prejudice (Doc. No. 13); and

**WHEREAS** the Debtor filed this case on February 13, 2020 originally in the Eastern District of New York; and

**WHEREAS** Mr. Macco's motion was filed on February 19, 2020 to be heard by the Bankruptcy Court for the Eastern District of New York; and

**WHEREAS** on March 23, 2020, the case was transferred from the Eastern District of New York to the District of New Jersey (Doc. No. 36); and

**WHEREAS** Mr. Macco is not a trustee in the District of New Jersey, nor is he a creditor or party in interest in this case; and

**WHEREAS** the court finds that Mr. Macco lacks standing in the District of New Jersey to bring this motion; nor did Mr. Macco appear to prosecute the Motion; and the court considering the papers submitted; and for the reasons set forth on the record on April 20, 2020; and for good cause shown; **IT IS**

**ORDERED** that the Motion to Dismiss Case is **DENIED** without prejudice to the Standing Chapter 13 Trustee for District of New Jersey, Camden Vicinage to bring her own motion.