| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>CastleRock 2017 LLC<br>West, 333 Westchester Ave, #2100<br>White Plains, NY 10604<br>(914) 372-7337 | |
| | Case No.: 20-14850 |
| | Chapter: 13 |
| In Re:<br><br>CORNELIUS STEPHENS | Adv. No.: |
| | Hearing Date: |
| | Judge: ABA |

FILED
JEANNE A. NAUGHTON, CLERK
MAY 06 2020
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY: _____ DEPUTY

## CERTIFICATION OF SERVICE

1. I, _____Cornelius Stephens_____ :

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☒ am the _____Debtor_____ in this case and am representing myself.

2. On _____04/27/2020_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   ORDER ADJOURNING MOTION TO AUTHRIZE/DIRECT RELIEVE DEBTOR OF THE REQUIREMENT THAT HE COMPLY WITH 11 USC SECS 362(B)(22) AND 362(J), AND ANY RENTS OR ARREARS PAID THEREUNDER BE APPLIED AS PAYMENT UNDER CHAPTER 13 PLAN AND PROPOSED ORDER TO SHOW CAUSE

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 04/27/2020

_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| CastleRock 2017 LLC<br>West, 333 Westchester Ave, #2100<br>White Plains, NY 10604 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |