

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018'<br>(215) 627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for CastleRock Realty Group | **Order Filed on June 3, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Cornelius Stephens,<br><br>Debtor. | Case No.: 20-14850-ABA<br><br>Hearing Date: 6/02/2020 @ 10:00 a.m.<br><br>Judge: Andrew B. Altenburg, Jr. |

### ORDER DENYING DEBTOR'S MOTION FOR APPROVAL TO PARTICIPATE IN THE COURT'S LOSS MITIGATION PROGRAM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: June 3, 2020**

*/s/ Andrew B. Altenburg, Jr.*

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtors:       Cornelius Stephens
Case No.:      20-14850-ABA
Caption:       **ORDER DENYING DEBTOR'S MOTION FOR APPROVAL TO PARTICIPATE IN THE COURT'S LOSS MITIGATION PROGRAM**

This matter having been brought before the Court by Debtor, Cornelius Stephens, pro se, for an Order Approving the Debtor to Participate in the Court's Loss Mitigation Program, and KML Law Group, P.C., attorneys for CastleRock Realty Group, owner of property known as 33 Main Street, Pennsville, NJ, Denise Carlon, Esq. appearing, by way of objection to the application, all interested parties having been duly served, and this Court having considered the papers submitted along with oral argument, for the reasons set forth on the record and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that the Debtor's Motion for Approval to Participate in the Court's Loss Mitigation Program is hereby **DENIED.**

The successful party shall serve this Order on the Debtor, the Trustee, and all parties who entered an appearance on this matter.