| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018'<br>(215) 627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for CastleRock Realty Group | Order Filed on June 3, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Cornelius Stephens,<br><br>Debtor. | Case No.: 20-14850-ABA<br><br>Hearing Date: 6/02/2020 @ 10:00 a.m.<br><br>Judge: Andrew B. Altenburg, Jr. |

### ORDER DENYING DEBTOR'S MOTION FOR APPROVAL TO PARTICIPATE IN THE COURT'S LOSS MITIGATION PROGRAM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: June 3, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtors:     Cornelius Stephens
Case No.:    20-14850-ABA
Caption:     **ORDER DENYING DEBTOR'S MOTION FOR APPROVAL TO PARTICIPATE IN THE COURT'S LOSS MITIGATION PROGRAM**

      This matter having been brought before the Court by Debtor, Cornelius Stephens, pro se, for an Order Approving the Debtor to Participate in the Court's Loss Mitigation Program, and KML Law Group, P.C., attorneys for CastleRock Realty Group, owner of property known as 33 Main Street, Pennsville, NJ, Denise Carlon, Esq. appearing, by way of objection to the application, all interested parties having been duly served, and this Court having considered the papers submitted along with oral argument, for the reasons set forth on the record and for good cause having been shown;

      It **ORDERED, ADJUDGED and DECREED** that the Debtor's Motion for Approval to Participate in the Court's Loss Mitigation Program is hereby **DENIED.**

      The successful party shall serve this Order on the Debtor, the Trustee, and all parties who entered an appearance on this matter.

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                        Case No. 20-14850-ABA
Cornelius Stephens                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 1            Date Rcvd: Jun 03, 2020
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2020.
db             +Cornelius Stephens,    33 Main Street,    Pennsville, NJ 08070-2013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    CastleRock Realty Group dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5