| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| CastleRock 2017 LLC<br>West, 333 Westchester Ave, #2100<br>White Plains, NY 10604<br>(914) 372-7337 | Case No.: 20-14850 |
| | Chapter: 13 |
| In Re:<br>CORNELIUS STEPHENS | Adv. No.: |
| | Hearing Date: 06-10-2020 |
| | Judge: ABA |

*FILED JEANNE A. NAUGHTON, CLERK JUN 09 2020 U.S. BANKRUPTCY COURT CAMDEN, N.J. BY ___ DEPUTY*

*CLERK U.S. DISTRICT COURT DISTRICT OF NEW JERSEY RECEIVED 2020 JUN -9 P 12: 24*

## CERTIFICATION OF SERVICE

1. I, _____Cornelius Stephens_____ :

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☒ am the _____Debtor_____ in this case and am representing myself.

2. On _____06/08/2020_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Notice of Amendment to Schedules C,D,E/F,J, Summary of Assets and Liabilities, Statemen of Financial Affairs, and Modified Chapter 13 Plan and Motion.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 06/08/2020              _____
                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| CastleRock 2017 LLC<br>West, 333 Westchester Ave, #2100<br>White Plains, NY 10604 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporation Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Atlantic City Electric Company<br>P.O. Box 17006<br>Wilmington, DE 19850-7006 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Atlas Acquisition, LLC<br>294 Union St<br>Hackensack, NJ 07601 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bridgecrest Credit Company, LLC<br>15001 FAA Blvd<br>Fort Worth, TX 76155 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| PYOD, LLC<br>Resurgent Correspondence<br>PO Box 10497<br>Greenville, SC 29603 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital Bank<br>6000 Executive Boulevard<br>Suite 100<br>North Bethesda, Maryland 20852 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One Bank (USA), N.A.<br>General Correspondence<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0287 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Santander Consumer USA<br>1601 Elm St.<br>Dallas, TX 75201 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| T Mobile /T-Mobile USA Inc.<br>1601 Elm St.<br>Dallas, TX 75201 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*