UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Castlerock Realty Group

In Re:

Cornelius Stephens,

Debtor.

Case No.:    20-14850-ABA

Chapter:    13

Hearing Date:    7/22/2020

Judge:    Altenburg

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter:  Secured Creditor's Objection to Confirmation (Docket # 88)

_____

Date: 7/17/2020                /s/ Denise Carlon
                               Signature

*rev.8/1/15*