Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

           Case No.:  20−14850−ABA
           Chapter:  13
           Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cornelius Stephens
   dba Merimades LLC, dba Choice
   Employment Servies LLC
   33 Main Street
   Pennsville, NJ 08070

Social Security No.:
   xxx−xx−2748

Employer's Tax I.D. No.:
   81−4388187, 47−2597427

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on .

   On 7/17/2020 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                August 26, 2020
Time:               09:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: July 23, 2020
JAN: kaj

                                                                                      Jeanne Naughton
                                                                                      Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                         Case No. 20-14850-ABA
Cornelius Stephens                                             Chapter 13
      Debtor              CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin               Page 1 of 2               Date Rcvd: Jul 23, 2020
                              Form ID: 185              Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2020.
db             +Cornelius Stephens,    33 Main Street,    Pennsville, NJ 08070-2013
cr             +Atlas Acquisitions LLC,    c/o Law Offices of Damian G. Waldman PA,
                 10333 Seminole Blvd. Unit 1 & 2,    Seminole, FL 33778-4204
lm             +CastleRock 217 LLC,    West, 333 Westchester Ave, #2100,    White Plains, NY 10604-2911
518867932      +Bridgecrest Credit Company,    15001 FAA Blvd,    Fort Worth, TX 76155-2251
518867936      +Capital Bank,    6000 Executive Boulevard,    Suite 100,    North Bethesda, Maryland 20852-3817
518778528      +Cash Express Pawn Brokers,    731-735 Chestnut Street,    Philadelphia, PA 19106-2315
518778533      +CastleRock 2017 LLC,    West, 33 Westchester Avenue,    Suite #2100,
                 White Plains, NY 10601-3508
518846719      +CastleRock 2017 LLC,    333 Westchester Ave,    West Building Suite W2100,
                 White Plains, NY 10604-2910
518827860      +CastleRock Realty Group,    Denise Carlon, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518778523      +CastleRock, REO,    West, 333 Westchester Ave, #2100,    White Plains, NY 10604-2911
518778527       Comcast,   c/o Credit Collection Services,    725 Compton Street,    Norwood, MA 02062
518779811      +Mohela,    633 Spirit Drive,    Chesterfield MO 63005-1243
518778531      +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
518867934      +Santander Consumer USA,    1601 Elm St,    Dallas, TX 75201-7260
518778526      +South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
518867937      +T Mobile/T-Mobile USA Inc.,    1601 Elm St.,    Dallas, TX 75201-7222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 23 2020 23:48:54     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 23 2020 23:48:51     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518778530      +E-mail/Text: bankruptcy@pepcoholdings.com Jul 23 2020 23:48:22     Atlantic City Electric,
                 Co. Bankruptcy Division,    5 Collins Drive,    Suite 2133/Mall Stop 84CP42,
                 Carneys Point NJ 08069-3600
518867930       E-mail/Text: bankruptcy@pepcoholdings.com Jul 23 2020 23:48:22
                 Atlantic City Electric Company,    P.O. Box 17006,    Wilmington, DE 19850-7006
518779810      +E-mail/Text: bankruptcy@pepcoholdings.com Jul 23 2020 23:48:22     Atlantic Electric,
                 PO Box 17006,    Suite 2100,   Wilmington, DE 19850-7006
518778525      +E-mail/Text: bankruptcy@pepcoholdings.com Jul 23 2020 23:48:22     Atlantic Electric Company,
                 PO Box 13610,    Philadelphia, PA 19101-3610
518867931      +E-mail/Text: bnc@atlasacq.com Jul 23 2020 23:48:00     Atlas Acquisition LLC,   294 Union St,
                 Hackensack, NJ 07601-4303
518778535      +E-mail/Text: bnc@atlasacq.com Jul 23 2020 23:48:00     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
518778537      +E-mail/Text: dl-collectionsbankruptcyteam@drivetime.com Jul 23 2020 23:49:20
                 Bridgecrest Credit Company, LLC,    PO BOX 29018,    Phoenix AZ 85038-9018
518778529       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 23 2020 23:52:37     Capital Bank,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
518778534       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 23 2020 23:53:31
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
518867933      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 23 2020 23:52:14
                 Capital One Bank (USA), NA,    General Correspondence,    P.O. Box 30285,
                 Salt Lake City,UT 84130-0285
518867935      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 23 2020 23:52:24     PYOD, LLC,
                 Resurgent Correspondence USA,    PO Box 10497,    Greenville, SC 29603-0497
518846716      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 23 2020 23:52:24     PYOD, LLC,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
518778532       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 23 2020 23:53:47     T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    PO Box 248848,    Oklahoma City, OK  73124-8848
518867938      +E-mail/Text: documentfiling@lciinc.com Jul 23 2020 23:47:45     Xfinity/Comcast,
                 4008 N Dupont Hwy,    New Castle DE 19720-6314
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518778536*     +Atlas Acquisitions LLC,    294 Union St.,   Hackensack, NJ 07601-4303
518778524*     +CastleRock, REO,    West, 333 Westchester Ave #2100,    White Plains, NY 10604-2911
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1           User: admin             Page 2 of 2               Date Rcvd: Jul 23, 2020
                               Form ID: 185            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2020 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    CastleRock Realty Group dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
         Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
         Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 5
```