| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Atlas Acquisitions LLC<br>492C Cedar Lane, Ste 442<br>Teaneck, NJ 07666<br>888.762.9889<br>bk@atlasacq.com<br><br>In Re:<br>CORNELIUS STEPHENS | Case No.: 20-14850<br><br>Chapter: 13<br><br>Judge: Judge Altenburg |

### CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:     Atlas Acquisitions LLC
(Example: John Smith, creditor)

    Old address:    294 Union St.
                    Hackensack, NJ 07601


    New address:    492C Cedar Lane, Ste 442
                    Teaneck, NJ 07666


    New phone no.:  888.762.9889
    (if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:  October 27, 2020            /s/Avi Schild
                                   Signature

*rev.2/1/16*