Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 20-14850 (ABA)**

Cornelius Stephens  
33 Main Street  
Pennsville, NJ  08070

Monthly Payment: $985.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 04/08/2020 | $637.00 | 05/08/2020 | $637.00 | 06/08/2020 | $637.00 | 07/08/2020 | $637.00 |
| 08/19/2020 | $1,003.00 | 09/09/2020 | $1,003.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | CORNELIUS STEPHENS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SELF-REPRESENTED | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | ATLAS ACQUISITIONS, LLC | 33 | $1,067.75 | $0.00 | $1,067.75 | $0.00 |
| 2 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $7,657.76 | $0.00 | $7,657.76 | $0.00 |
| 4 | ATLANTIC ELECTRIC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | ATLANTIC ELECTRIC COMPANY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | ATLAS ACQUISITIONS LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | BRIDGECREST CREDIT COMPANY, LLC | 33 | $16,765.53 | $0.00 | $16,765.53 | $0.00 |
| 8 | CAPITAL BANK | 33 | $205.04 | $0.00 | $205.04 | $0.00 |
| 9 | CAPITAL ONE BANK USA, N.A. | 33 | $716.43 | $0.00 | $716.43 | $0.00 |
| 10 | CASH EXPRESS PAWN BROKERS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | CASTLEROCK 2017 LLC | 24 | $51,927.91 | $4,198.78 | $47,729.13 | $0.00 |
| 12 | PYOD, LLC | 33 | $677.14 | $0.00 | $677.14 | $0.00 |
| 13 | PYOD, LLC | 33 | $1,226.70 | $0.00 | $1,226.70 | $0.00 |
| 14 | COMCAST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | MOHELA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | SANTANDER CONSUMER USA, INC. | 33 | $12,748.86 | $0.00 | $12,748.86 | $0.00 |
| 17 | SOUTH JERSEY GAS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | T MOBILE/T-MOBILE USA INC | 33 | $430.46 | $0.00 | $430.46 | $0.00 |
| 19 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | ATLAS ACQUISITIONS, LLC | 33 | $818.45 | $0.00 | $818.45 | $0.00 |
| 21 | ATLAS ACQUISITIONS, LLC | 33 | $619.70 | $0.00 | $619.70 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2020 | 4.00 | $0.00 |
| 08/01/2020 | Paid to Date | $3,551.00 |
| 09/01/2020 | 55.00 | $985.00 |
| 04/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $4,554.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $2,937.00 |
| Attorney: | SELF-REPRESENTED |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**