Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−14850−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cornelius Stephens
   dba Merimades LLC, dba Choice
   Employment Servies LLC
   33 Main Street
   Pennsville, NJ 08070

Social Security No.:
   xxx−xx−2748

Employer's Tax I.D. No.:
   81−4388187, 47−2597427

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/12/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 12, 2023
JAN:

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Cornelius Stephens  
    Debtor

Case No. 20-14850-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Jan 12, 2023      Form ID: 148      Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Cornelius Stephens, 33 Main Street, Pennsville, NJ 08070-2013 |
| cr | + | Atlas Acquisitions LLC, c/o Law Offices of Damian G. Waldman PA, 10333 Seminole Blvd. Unit 1 & 2, Seminole, FL 33778-4204 |
| lm | + | CastleRock 217 LLC, West, 333 Westchester Ave, #2100, White Plains, NY 10604-2910 |
| 518867932 | + | Bridgecrest Credit Company, 15001 FAA Blvd, Fort Worth, TX 76155-2253 |
| 518867936 | + | Capital Bank, 6000 Executive Boulevard, Suite 100, North Bethesda, Maryland 20852-3817 |
| 518778528 | + | Cash Express Pawn Brokers, 731-735 Chestnut Street, Philadelphia, PA 19106-2315 |
| 518846719 | #+ | CastleRock 2017 LLC, 333 Westchester Ave, West Building Suite W2100, White Plains, NY 10604-2949 |
| 518778533 | + | CastleRock 2017 LLC, West, 33 Westchester Avenue, Suite #2100, White Plains, NY 10601-3508 |
| 518827860 | + | CastleRock Realty Group, Denise Carlon, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518778523 | + | CastleRock, REO, West, 333 Westchester Ave, #2100, White Plains, NY 10604-2910 |
| 518778527 | | Comcast, c/o Credit Collection Services, 725 Compton Street, Norwood, MA 02062 |
| 518778526 | + | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 518867937 | + | T Mobile/T-Mobile USA Inc., 1601 Elm St., Dallas, TX 75201-4701 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 12 2023 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 12 2023 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518778535 | | EDI: ATLASACQU | Jan 13 2023 01:44:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 518778530 | + | Email/Text: bankruptcy@pepcoholdings.com | Jan 12 2023 20:47:00 | Atlantic City Electric, Co. Bankruptcy Division, 5 Collins Drive, Suite 2133/Mall Stop 84CP42, Carneys Point NJ 08069-3600 |
| 518867930 | | Email/Text: bankruptcy@pepcoholdings.com | Jan 12 2023 20:47:00 | Atlantic City Electric Company, P.O. Box 17006, Wilmington, DE 19850-7006 |
| 518779810 | + | Email/Text: bankruptcy@pepcoholdings.com | Jan 12 2023 20:47:00 | Atlantic Electric, PO Box 17006, Suite 2100, Wilmington, DE 19850-7006 |
| 518778525 | + | Email/Text: bankruptcy@pepcoholdings.com | Jan 12 2023 20:47:00 | Atlantic Electric Company, PO Box 13610, Philadelphia, PA 19101-3610 |
| 518778537 | + | Email/Text: rm-bknotices@bridgecrest.com | Jan 12 2023 20:47:00 | Bridgecrest Credit Company, LLC, PO BOX 29018, Phoenix AZ 85038-9018 |
| 518778529 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 12 2023 20:58:23 | Capital Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518778534 | | EDI: CAPITALONE.COM | | |

Case 20-14850-ABA   Doc 133   Filed 01/14/23   Entered 01/15/23 00:18:12   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 12, 2023 | Form ID: 148 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 13 2023 01:44:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 518867933 | + | EDI: CAPITALONE.COM | Jan 13 2023 01:44:00 | Capital One Bank (USA), NA, General Correspondence, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 518779811 | | Email/Text: EBN@Mohela.com | Jan 12 2023 20:46:00 | Mohela, 633 Spirit Drive, Chesterfield MO 63005 |
| 518867935 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2023 20:58:25 | PYOD, LLC, Resurgent Correspondence USA, PO Box 10497, Greenville, SC 29603-0497 |
| 518846716 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2023 20:58:31 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 518778531 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 12 2023 20:47:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 518867934 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 12 2023 20:47:00 | Santander Consumer USA, 1601 Elm St, Dallas, TX 75201-7260 |
| 518778532 | | EDI: AIS.COM | Jan 13 2023 01:44:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 518867938 | + | EDI: COMCASTCBLCENT | Jan 13 2023 01:34:00 | Xfinity/Comcast, 4008 N Dupont Hwy, New Castle DE 19720-6314 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518778536 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 518867931 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 518778524 | *+ | CastleRock, REO, West, 333 Westchester Ave #2100, White Plains, NY 10604-2910 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2023      Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor CastleRock Realty Group dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Jan 12, 2023 | Form ID: 148 | Total Noticed: 31

| | |
|---|---|
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5