UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-14850 |
| Cornelius Stephens | : | Adv. No.: | |
| | : | Judge: | ABA |
| | : | Chapter: | 13 |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Andrew B. Altenburg, Jr., United States Bankruptcy Judge.

**Reason for Hearing:** Motion to Vacate Dismissal

**Location of Hearing:**
Courtroom No. 4B
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08101

**Date and Time:** 2/14/2023 at 10:00 AM,
or as soon thereafter as counsel may be heard.

**Please note that the movant must timely serve a copy of the motion/application on all relevant parties, including the trustee, advising them of the hearing date and time listed above. The movant must also file a certificate of service with the court stating that all parties were served and advised of the hearing date and time. Also note that the movant must attend the hearing or the motion may be denied. If you have any questions, please contact Heather Renye at 856-361-2353. Matters are being held by Court-Solutions. Uncontested matters will be heard on the papers.**

DATED:    1/20/2023                        JEANNE NAUGHTON, Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on January 20th, 2023 the foregoing notice was served on the following: Debtor.

JEANNE A. NAUGHTON, Clerk