ISABEL C. BALBOA [*ICB-99001-00*]

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**
**Case Number: 20-14850 (ABA)**

Cornelius Stephens
33 Main Street
Pennsville, NJ  08070

Monthly Payment: $1,028.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 02/01/2022 | $20.00 | 02/08/2022 | $500.00 | 02/08/2022 | $560.00 | 03/08/2022 | $80.00 |
| 03/08/2022 | $1,000.00 | 05/03/2022 | $500.00 | 05/03/2022 | $500.00 | 06/29/2022 | $80.00 |
| 06/29/2022 | $500.00 | 06/29/2022 | $500.00 | 08/29/2022 | $80.00 | 08/29/2022 | $1,000.00 |
| 09/30/2022 | $900.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|-----------|-----------|-------------|------------------|
| 0 | CORNELIUS STEPHENS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SELF-REPRESENTED | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | ATLAS ACQUISITIONS, LLC | 33 | $1,067.75 | $0.00 | $1,067.75 | $0.00 |
| 2 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $7,657.76 | $0.00 | $7,657.76 | $0.00 |
| 4 | ATLANTIC ELECTRIC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | ATLANTIC ELECTRIC COMPANY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | ATLAS ACQUISITIONS, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | BRIDGECREST CREDIT COMPANY, LLC | 33 | $16,765.53 | $0.00 | $16,765.53 | $0.00 |
| 8 | CAPITAL BANK | 33 | $205.04 | $0.00 | $205.04 | $0.00 |
| 9 | CAPITAL ONE BANK USA, N.A. | 33 | $716.43 | $0.00 | $716.43 | $0.00 |
| 10 | CASH EXPRESS PAWN BROKERS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | CASTLEROCK REO | 24 | $51,927.91 | $23,361.50 | $28,566.41 | $11,486.64 |
| 12 | PYOD, LLC | 33 | $677.14 | $0.00 | $677.14 | $0.00 |
| 13 | PYOD, LLC | 33 | $1,226.70 | $0.00 | $1,226.70 | $0.00 |
| 14 | COMCAST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | MOHELA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | SANTANDER CONSUMER USA, INC. | 33 | $12,748.86 | $0.00 | $12,748.86 | $0.00 |
| 17 | SOUTH JERSEY GAS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | T MOBILE/T-MOBILE USA INC | 33 | $430.46 | $0.00 | $430.46 | $0.00 |
| 19 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | ATLAS ACQUISITIONS, LLC | 33 | $818.45 | $0.00 | $818.45 | $0.00 |
| 21 | ATLAS ACQUISITIONS, LLC | 33 | $619.70 | $0.00 | $619.70 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN
WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 03/01/2020 | 12.00 | $0.00 |
| 03/01/2021 | Paid to Date | $9,002.50 |
| 04/01/2021 | 1.00 | $1,484.50 |
| 05/01/2021 | 46.00 | $1,028.00 |
| 03/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,220.00 |
| Total paid to creditors this period: | $11,486.64 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $5,573.00 |
| Attorney: | SELF-REPRESENTED |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**