| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) CastleRock 2017 LLC West, 333 Westchester Ave, #2100 White Plains, NY 10604 (914) 372-7337 | Case No.: | 20-14850 |
| | Chapter: | 13 |
| In Re: CORNELIUS STEPHENS | Adv. No.: | |
| | Hearing Date: | |
| | Judge: | ABA |

U.S BANKRUPTCY COURT
CAMDEN, NJ
2023 FEB 28  A 10: 20
JEANNE A. NAUGHTON
BY: KR
DEPUTY CLERK

## CERTIFICATION OF SERVICE

1. I, _____Cornelius Stephens_____ :

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☒ am the _____Debtor_____ in this case and am representing myself.

2. On _____02/19/2023_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Order dated February 15, 2023, vacating previous order of dismissal.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 02/19/2023

_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| CastleRock 2017 LLC<br>West, 333 Westchester Ave, #2100<br>White Plains, NY 10604 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |