UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KML Law Group, P.C.
By:  Denise Carlon Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
Attorney for CastleRock Realty Group

In Re:

Cornelius Stephens dba Merimades LLC,
dba Choice Employment Services LLC

Debtor

*FILED*
JEANNE A. NAUGHTON, CLERK

SEP 11 2023

U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

| | |
|---|---|
| Case No.: | 20-14850 |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | August 29. 2023 |
| Judge: | ABA |

## CERTIFICATION OF SERVICE

1.  I, _____Cornelius Stephens_____ :

☐ represent _____ in this matter.

☐ am the secretary/paralegal for _____, who represents

_____ in this matter.

☒ am the _____Debtor_____ in this case and am representing myself.

2.  On _____September 11, 2023_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

DEBTOR'S VERIFIED CERTIFICATION OF
TAX PAYMENT AND HOME INSURANCE

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____September 9, 2023_____

_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Denise Carlon, Esq. KML Law Group, PC 701 Market St, Suite 5000 Philadelphia, PA 19106 | Creditor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Isabel C. Balboa, Esq. Chapter 13 Standing Trustee 535 Route 38, Suite 580 Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |