UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

ISABEL C. BALBOA
CHAPTER 13 STANDING TRUSTEE
CHERRY TREE CORPORATE CENTER
535 ROUTE 38, SUITE 580
CHERRY HILL, NJ 08002-2977
(856) 663-5002

In Re:

CORNELIUS STEPHENS

Case No.: 20-14850

Adv. No.:

Hearing Date:

Judge: Andrew B. Altenburg, Jr.

## CERTIFICATION OF SERVICE

FILED
JEANNE A. NAUGHTON, CLERK
SEP 18 2023
U.S. BANKRUPTCY COURT
DEPUTY

1. I, **Cornelius Stephens** :

   ☐ represent the _____ in the above-captioned matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

   ☒ am the **Deb-tor** in the above case and am representing myself.

2. On 09/18/2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Chapter 13 Debtor's Certification In Opposition

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 09/18/2023        /s/    Cornelius Stephens
                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa, Esquire<br>Chapter 13 Standing Trustee<br>Office of the Trustee<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  E-Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  E-Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |