Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  20–14850–ABA
                Chapter:  13
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cornelius Stephens
   dba Merimades LLC, dba Choice
   Employment Servies LLC
   33 Main Street
   Pennsville, NJ 08070

Social Security No.:
   xxx–xx–2748

Employer's Tax I.D. No.:
   81–4388187, 47–2597427

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                October 20, 2023
Time:               09:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*153* – Objection to Trustee's Plan Payments (related document:149 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 09/25/2023. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Cornelius Stephens. (lgr)

and transact such other business as may properly come before the meeting.


Dated: September 19, 2023
JAN: lgr

                                                                                                  Jeanne Naughton
                                                                                                  Clerk