Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  20–14850–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Cornelius Stephens
    dba Merimades LLC, dba Choice
    Employment Servies LLC
    33 Main Street
    Pennsville, NJ 08070

Social Security No.:
    xxx–xx–2748

Employer's Tax I.D. No.:
    81–4388187, 47–2597427

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                    October 24, 2023
Time:                    10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*156* – Objection ToTransfer of Claim (related document:145 Transfer of Claim filed by Creditor CastleRock Realty Group) To Castle CFD Group, LLC in the amount of &#036 33,782.12. Filed by Cornelius Stephens (Attachments: # 1 Exhibit Schedule D # 2 Certificate of Service) (lgr)

and transact such other business as may properly come before the meeting.

Dated: September 19, 2023
JAN: lgr

Jeanne Naughton
Clerk
