UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KML Law Group, P.C. By:
Denise Carlon Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
Attorneys for Secured Creditor:
Madison CFD LLC

In Re:

Cornelius Stephens , dba Merimades LLC,
dba Choice Employment Servies LLC

Case No.: 20-14850

Chapter: 13

Hearing Date: October 24,2023

Judge: Andrew B. Altenburg

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Cornelius Stephens ,

    ☐ am the attorney for: _____

    ☒ am self-represented

    Phone number: 215-960-2509

    Email address: Csbankruptcy2020@gmail.com .

2. I request an adjournment of the following hearing:

    Matter: Stay relief

    Current hearing date and time: 10/24/2023

    New date requested: 11/22/2023

    Reason for adjournment request: Obtain counselr,

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain

   below):  KML Law Group, P.C.  Pennsylvania & New Jersey  Denise Carlon, Esq.

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: October 23, 2023                           _____
                                                  Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request
must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 11/7/23 @ 2 PM          ☐ Peremptory
  **THIS IS A PLENARY HEARING AND WILL REQUIRE IN PERSON APPEARANCES**

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic
filers of the new hearing date.**

2