Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20–14850–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cornelius Stephens
   dba Merimades LLC, dba Choice
   Employment Servies LLC
   33 Main Street
   Pennsville, NJ 08070

Social Security No.:
   xxx–xx–2748

Employer's Tax I.D. No.:
   81–4388187, 47–2597427

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:          January 19, 2024
Time:          10:00 AM
Location:      Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*172* – Objection to Debtors failure to make plan payments (related document:171 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 12/26/2023. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Cornelius Stephens. (Attachments: # 1 Certificate of Service # 2 Exhibit) (lgr)

and transact such other business as may properly come before the meeting.


Dated: December 26, 2023
JAN: lgr

                                                            Jeanne Naughton
                                                            Clerk