Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−14850−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cornelius Stephens
   dba Merimades LLC, dba Choice
   Employment Servies LLC
   33 Main Street
   Pennsville, NJ 08070

Social Security No.:
   xxx−xx−2748

Employer's Tax I.D. No.:
   81−4388187, 47−2597427

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/13/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 13, 2024
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                              Case No. 20-14850-ABA
Cornelius Stephens                                                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                      User: admin                                        Page 1 of 3
Date Rcvd: Feb 13, 2024                          Form ID: 148                                     Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##        Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cornelius Stephens, 33 Main Street, Pennsville, NJ 08070-2013 |
| cr | + | Atlas Acquisitions LLC, c/o Law Offices of Damian G. Waldman PA, 10333 Seminole Blvd. Unit 1 & 2, Seminole, FL 33778-4204 |
| lm | + | CastleRock 217 LLC, West, 333 Westchester Ave, #2100, White Plains, NY 10604-2910 |
| 518867932 | + | Bridgecrest Credit Company, 15001 FAA Blvd, Fort Worth, TX 76155-2253 |
| 518867936 | + | Capital Bank, 6000 Executive Boulevard, Suite 100, North Bethesda, Maryland 20852-3817 |
| 518778528 | + | Cash Express Pawn Brokers, 731-735 Chestnut Street, Philadelphia, PA 19106-2315 |
| 520015738 | + | Castle CFD Group, LLC, 120 Bloomingdale Rd Suite 304, White Plains, NY 10605-1551 |
| 520015739 | + | Castle CFD Group, LLC, 120 Bloomingdale Rd Suite 304, White Plains, NY 10605, Castle CFD Group, LLC, 120 Bloomingdale Rd Suite 304 White Plains, NY 10605-1551 |
| 518778533 | + | CastleRock 2017 LLC, West, 33 Westchester Avenue, Suite #2100, White Plains, NY 10601-3508 |
| 518827860 | + | CastleRock Realty Group, Denise Carlon, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518778523 | + | CastleRock, REO, West, 333 Westchester Ave, #2100, White Plains, NY 10604-2910 |
| 518778527 | | Comcast, c/o Credit Collection Services, 725 Compton Street, Norwood, MA 02062 |
| 520015746 | + | Madison CFD LLC, 120 Bloomingdale Rd Suite 304, White Plains, NY 10605-1551 |
| 518867937 | + | T Mobile/T-Mobile USA Inc., 1601 Elm St., Dallas, TX 75201-4701 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 13 2024 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 13 2024 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518778535 | | EDI: ATLASACQU | Feb 14 2024 01:47:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 518778530 | + | Email/Text: bankruptcy@pepcoholdings.com | Feb 13 2024 21:04:00 | Atlantic City Electric, Co. Bankruptcy Division, 5 Collins Drive, Suite 2133/Mall Stop 84CP42, Carneys Point NJ 08069-3600 |
| 518867930 | | Email/Text: bankruptcy@pepcoholdings.com | Feb 13 2024 21:04:00 | Atlantic City Electric Company, P.O. Box 17006, Wilmington, DE 19850-7006 |
| 518779810 | + | Email/Text: bankruptcy@pepcoholdings.com | Feb 13 2024 21:04:00 | Atlantic Electric, PO Box 17006, Suite 2100, Wilmington, DE 19850-7006 |
| 518778525 | + | Email/Text: bankruptcy@pepcoholdings.com | Feb 13 2024 21:04:00 | Atlantic Electric Company, PO Box 13610, Philadelphia, PA 19101-3610 |
| 518778537 | + | Email/Text: rm-bknotices@bridgecrest.com | Feb 13 2024 21:04:00 | Bridgecrest Credit Company, LLC, PO BOX |

Case 20-14850-ABA    Doc 180    Filed 02/15/24    Entered 02/16/24 00:22:00    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 13, 2024 | Form ID: 148 | Total Noticed: 33 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 29018, Phoenix AZ 85038-9018 |
| 518778529 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 13 2024 21:06:53 | Capital Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518778534 | | EDI: CAPITALONE.COM | Feb 14 2024 01:47:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 518867933 | + | EDI: CAPITALONE.COM | Feb 14 2024 01:47:00 | Capital One Bank (USA), NA, General Correspondence, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 518779811 | | Email/Text: EBN@Mohela.com | Feb 13 2024 21:03:00 | Mohela, 633 Spirit Drive, Chesterfield MO 63005 |
| 518867935 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 13 2024 21:07:12 | PYOD, LLC, Resurgent Correspondence USA, PO Box 10497, Greenville, SC 29603-0497 |
| 518846716 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 13 2024 21:07:41 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 518778531 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 13 2024 21:04:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 518867934 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 13 2024 21:04:00 | Santander Consumer USA, 1601 Elm St, Dallas, TX 75201-7260 |
| 518778526 | ^ | MEBN | Feb 13 2024 20:58:43 | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 518778532 | | EDI: AIS.COM | Feb 14 2024 01:47:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 518867938 | + | EDI: COMCASTCBLCENT | Feb 14 2024 01:47:00 | Xfinity/Comcast, 4008 N Dupont Hwy, New Castle DE 19720-6314 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518778536 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 518867931 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 518778524 | *+ | CastleRock, REO, West, 333 Westchester Ave #2100, White Plains, NY 10604-2910 |
| 520015747 | *+ | Madison CFD LLC, 120 Bloomingdale Rd Suite 304, White Plains, NY 10605-1551 |
| 518846719 | ##+ | CastleRock 2017 LLC, 333 Westchester Ave, West Building Suite W2100, White Plains, NY 10604-2949 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 15, 2024             Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor CastleRock Realty Group dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Madison CFD LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7