Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

        Case No.: 20–14850–ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cornelius Stephens
   dba Merimades LLC, dba Choice
   Employment Servies LLC
   33 Main Street
   Pennsville, NJ 08070

Social Security No.:
   xxx–xx–2748

Employer's Tax I.D. No.:
   81–4388187, 47–2597427

---

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>March 28, 2024</u>                         <u>Andrew B. Altenburg Jr.</u>
                                                    Judge, United States Bankruptcy Court